## AFFIDAVIT

I, Megan P. Bennett, being duly sworn on oath, depose and state as follows:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since January 2009, and I am assigned to the Minneapolis Field Office, Minot Resident Agency. Prior to my employment with the FBI, I worked as a translator and a teacher. As a Special Agent with the FBI, I am responsible for investigating violations of federal criminal and national security laws, including crimes on military installations, including Minot Air Force Base ("the base"), located near Minot, North Dakota.
2. On 11/06/2012, I was contacted by the Air Force Office of Special Investigations (AFOSI) regarding a bomb threat that had been made telephonically to their Visitors Center. An apparently female caller stated "Good luck finding the bomb" to an airman who was staffing the Visitors Center. About two minutes later, a second call was placed to the Visitors Center. The caller did not say anything in response to questions from the airman. The airman was able to write down the number displayed on his telephone: 203-2140.
3. On 11/07/2012 I received information from AFSOI regarding the telephonic threat and conducted interviews.
4. One of the interviews was of Airman Kevin Patrick Buchanan. Buchanan stated that he suspected that his ex-girlfriend, Tiffany Shanice Anderson, made the bomb threat to the base. Anderson had tried repeatedly to speak with Buchanan and claimed to be pregnant with his child. Anderson was physically located near Lompoc, California.
5. AFOSI reported to me that Anderson called the Law Enforcement Desk (LED) at Minot Air Force Base many times. Some of the telephone calls Anderson made were recorded. It was known to LED staff that the frequent caller was Anderson because she stated that her name was Tiffany Anderson.
6. AFOSI provided copies of the recorded calls to me as well as written statements from LED and other Security Forces (SF) personnel. During many of the calls, Anderson asked to speak with Buchanan. When she was not connected with him telephonically by the LED, her voice appeared to reflect an intense degree of anger and agitation. She used profanity in some of the calls and stated that she would keep calling until Buchanan helped her.
7. SF made complaints to Lompoc Police Department (PD) that Anderson was making harassing telephone calls. I read in Lompoc PD reports and listened to a recorded telephone call between Anderson and LED staff that Anderson was told several times by LED personnel that she could not keep calling the LED telephone number because it was an official number dedicated to emergency services. Anderson disregarded these warnings and continued to call the LED.
8. Anderson uses an Apple iPhone or similar communications device associated with telephone number 805-345-0530. Lompoc PD report 1210-1849, approved by Lompoc PD on 10/23/2012, reported that an identified LED airman stated that Anderson had identified herself as Tiffany Anderson and that her "call back" number was 805-345-0530.
9. Consensually recorded telephone calls were placed from Buchanan to Anderson on 12/10/2012, 12/11/2012, and 12/13/2012. I recorded the calls. I observed Buchanan dial 805-345-0530 on

his cellular device and successfully speak with a woman who answered to Anderson's name and who sounded to me to be the same woman who called the LED repeatedly.

10. On 12/17/2012, an SF squadron commander received text messages from an individual using number 562-353-5267. The individual sent text messages that stated "Get ready for another bomb threat you cunt bitches" and "You can thank Kevin Buchanan for the next bomb threat at Minot AFB." On 12/18/2012, a telephonic bomb threat was received at the base.

11. Pursuant to a subpoena served on Pinger, Inc. in relation to VOIP number 562-353-5267, I have learned that this number was associated with four IP addresses on 12/17/2012, the day the base squad commander received the bomb-referencing text messages. One of the IP addresses was 207.71.220.61. Open-source research conducted on 12/19/2012 using an IP and domain identification service revealed that IP address 207.71.220.61 to be registered to Sansum-Santa Barbara Medical Foundation Clinic, 470 S. Patterson, Santa Barbara, California.

12. Tiffany Anderson works at Sansum-Santa Barbara Medical Foundation Clinic, 470 S. Patterson, Santa Barbara, California, according to her own statements as memorialized in a Lompoc PD report.

13. On about 11/02/2012, Buchanan received text messages through a messaging application named KIK from someone he believed to be Anderson stating that she would call in a bomb threat to the base. On 11/06/2012, the base did receive a telephonic bomb threat. Buchanan believed the messages were sent by Anderson because she was the only person he knew who used KIK to send him messages, and in her messages on about 11/02/2012 she also stated that she was pregnant by him and would not stop contacting him unless he did what she wanted. Anderson's recorded telephone calls to the LED were similar in content, expressing her desire for him to acknowledge that he was the father of her unborn child and to support her.

14. SF made a copy of Buchanan's cellular telephone files on 11/06/2012, following the bomb threat. They did so due to the known past attempts by Anderson to reach Buchanan. I viewed a file that appeared to be a screen capture image from Buchanan's cellular telephone. The number 701-203-2140 was displayed three times on the list of incoming calls to the telephone. There was no date displayed on the screen capture image.

15. SF was able to determine through open-source research that telephone number 701-203-2140 was a Voice Over Internet Protocol (VOIP) number that belonged to Pinger, Incorporated. Pinger, Inc. reported that 701-203-2140 was associated to Internet Protocol (IP) address 97.158.168.122, a Verizon Wireless IP address. Verizon Wireless reported that IP address 97.158.168.122 to be associated to subscriber Carla Anderson, address 411 N H ST Apt D, Lompoc, CA. Tiffany Anderson also lives at 411 N H ST Apt D. According to police reports I have reviewed from the Lompac Police Department, Carla Anderson has identified herself to law enforcement officials as Tiffany Anderson's mother.

16. On 12/20/2012, a female caller telephoned the Head Start (an education program for young children) building located at Minot AFB. She stated to a Head Start employee that she was going to come to the school and kill all the kids. SF determined that VOIP number 701-203-2140 called the number 701-727-3330 associated with Head Start on or about the time that the threat to kill children. Pursuant to an emergency disclosure request sent by SF to Pinger, Inc., I have learned that there were three IP addresses captured to Pinger's server log, one of which

was 98.108.249.101. This IP address is associated with Verizon. Pursuant to an emergency disclosure request, I have learned that the subscriber associated with this IP address is Carla Anderson, 411 North H Street, Apartment D, Lompoc, CA.

Based upon the foregoing, I respectfully believe probable cause exists for issuance of the requested warrant.

Dated this 20th day of December, 2012.

_Megan Bennett_
Megan P. Bennett, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 20th day of December, 2012 by telephone appear from M. not to Bismarck.

_signature_
Charles S. Miller, Jr.
United States Magistrate Judge